Exhibit E

## SHOSTAK & SHOSTAK, LLC
ATTORNEYS AT LAW

The Berkley Building
8015 Forsyth Blvd.
St. Louis, MO 63105

(314) 725-3200

www.shostaklawfirm.com

September 4, 2009

VIA FAX (618) 628-3720

Mr. Steven D. Weinhoeft
Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 62208

    Re:    *United States of America v. Tara Morgan*
           Case No.:    07CR30193

Dear Mr. Weinhoeft:

    Thank you for your letters dated Sept. 2, 2009 regarding certain memoranda prepared by Postal Inspector J.V. O'Hanlon, and which you admit constitute *Brady* material. A review of those memoranda reveals that Postal Inspector O'Hanlon took certain investigative action on April 11, 2006 and May 7, 2007 relative to the instant matter, and yet your letters indicate that these memoranda were "authored and tendered to the prosecution on today's [Sept. 2, 2009] date."

    While it is anticipated that citizen Prince will have additional requests, pursuant to *Brady*, *Giglio*, and their progeny, she requests that the prosecution provide her any and all information that shows or tends to show:

- An explanation of how Inspector O'Hanlon prepared the memoranda two to three years after the investigative action was taken;

- Any policies, procedures, guidelines and the like governing the preparation of memoranda by Postal Inspectors, including but not limited to when such memoranda are to be prepared in relation to the investigative action taken;

- Whether Postal Inspector O'Hanlon received any disciplinary action concerning the memoranda;

- Why the memoranda were "authored" on Sept. 2, 2009 when the events took place on April 11, 2006 and May 7, 2007;

## SHOSTAK & SHOSTAK, LLC
### ATTORNEYS AT LAW

Page 2
Mr. Steven Weinhoeft
Sept. 4, 2009

- What investigative action was taken, if any, concerning law enforcement's learning from Mr. Hessler that Mr. Linzee provided false information to the Illinois Dept. of Insurance.

- Whether Mr. Hessler "pulled the Department's file on LT Consulting" and called back to provide further information;

- If Mr. Hessler did not call to provide further information, whether any member of law enforcement contacted Mr. Hessler to obtain further information;

- If members of law enforcement did not contact Mr. Hessler to obtain further information, an explanation of why they did not;

- Any questioning of Mr. Linzee by law enforcement concerning Mr. Hessler's statements;

- If Mr. Linzee was not questioned by law enforcement concerning Mr. Hessler's statements, an explanation of why he was not questioned;

- What investigative action was taken, if any, concerning Ms. Akers' fraudulent use of a credit card and forgery;

- If no such investigative action was taken concerning Ms. Akers' fraudulent use of a credit card and forgery; an explanation of why no such action was taken;

- Any questioning of Ms. Akers by law enforcement concerning her fraudulent use of a credit card and forgery;

- If no such questioning of Ms. Akers concerning her fraudulent use of a credit card and forgery; an explanation of why she was not questioned;

- Copies of the fraudulent charges and checks referenced in Inspector O'Hanlon's memo;

# SHOSTAK & SHOSTAK, LLC
## ATTORNEYS AT LAW

Page 3
Mr. Steven Weinhoeft
Sept. 4, 2009

Thank you for your cooperation in this matter.

Very truly yours,

Grant J. Shostak

GJS/ram

cc:   John D. Stobbs, II