# EXHBIT "B"




*James L. Hayes & Associates*
*Forensic Document Examiners*

6353 W. ESTES AVENUE
CHICAGO, ILLINOIS 60646
FAX (773) 774-1438
TELEPHONE (312) 236-5186
EMAIL JAMES@HAYESFDE.COM

CERTIFIED DIPLOMATES
JAMES L. HAYES
DAVID J. PURTELL

SCIENTIFIC EXAMINATION
OF QUESTIONED HANDWRITING,
TYPEWRITING AND RELATED PROBLEMS

## JAMES L. HAYES

A.  *Private Practice – Document Examination:*

    July 1975 – October 1979    David J. Purtell & Associates
                                              221 North LaSalle Street
                                              Suite 1254
                                              Chicago, Illinois 60601
                                              (312) 236-5186

    October 1982                         Reentered same firm as partner

    January 1989                         James L. Hayes & Associates established

B.  *Employment Background:*

    October 1979 – October 1982    Document Analyst
                                            U. S. Postal Inspection Service
                                            Central Region Crime Laboratory

    January 1969 – October 1979    Chicago Police Department
                                            1121 South State Street
                                            Chicago, Illinois 60610

    January 1988 – Present          Chicago Board of Election

C.  *Educational Background:*

                                              St. Xavier University
                                              Chicago, Illinois
                                              Bachelor's Degree/Criminal Justice

D.  *Certification:*

    American Board of Forensic Document Examiners
        Diplomate – 1985, Recertification: 1990, 1995, 2000, 2005
        Director – 1989 (1 Term)

2

E.  *Membership:*
- American Society of Questioned Document Examiners
- American Academy of Forensic Sciences
- Canadian Society of Forensic Sciences
- International Association of Master Penman, Engrossers and Teachers of Handwriting, Past President
- International Association for Identification

F.  *Military:*

November 1966 – November 1972    U.S. Air Force Reserves
Military Airlift Command

April 1973 – April 1975    U.S. Naval Reserves
Naval Reserves Intelligence
Security Program

G.  *Special Qualifications:*

Attendance and participation at over 50 seminars and workshops by:
- American Academy of Forensic Sciences
- American Society of Questioned Document Examiners
- International Association of Master Penman, Engrossers and Teachers of Handwriting
- Southwestern Association of Forensic Document Examiners
- American Law Institute/American Bar Association
- United States Postal Inspection Service
- Printing Industries Institute
- Federal Bureau of Investigation
- Internal Revenue Service
- Midwest Association of Forensic Sciences
- Canadian Society of Forensic Sciences

H.  *Court:*

Opinions have been rendered in State, Federal, Civil and Criminal Courts and Labor Arbitration Boards in Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, Montana, Nebraska, New Jersey, North Dakota, Ohio, South Dakota and Wisconsin.

Have studied the recognized books and read the published articles by the recognized authors in the field of Document Examination. Maintains a library of over 2,000 books and articles regarding Document Examination. Subscribes to recognized scientific and professional journals that relate to Forensic Document Examination.

I.  *Publications:*

Security Management, September 1993, "Reading Between the Lines"