# EXHIBIT "A"

Case 3:07-cr-30193-JPG-CJP   Document 213-1   Filed 10/06/09   Page 2 of 4   Page
ID #857



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Illinois*

---

Nine Executive Drive  (618) 628-3700
Fairview Heights, Illinois  62208  FAX (618) 628-3720
  TTY: (618) 628-3826

September 2, 2009

Mr. John D. Stobbs, II.
Stobbs Law Offices
307 Henry Street, Suite 211
Alton, Illinois  62002

  Re:  *United States v. Tara Morgan, 07-CR-30193-002-JPG-CJP*

Dear Mr. Stobbs:

  As you know, the government may call Raymond "Bo" Linzee as a witness in the above-captioned trial. This letter is being sent consistent with the principles set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972) and their progeny.

  Enclosed, please find page 7581 of discovery. This "memorandum to file" was authored and tendered to the prosecution on today's date. Given that this item constitutes *Brady/Giglio* material, I wanted to ensure that this page of discovery isn't "hidden" inside a larger stack of documents.

  If you wish to discuss the case, please feel free to reach me at my direct line: (618) 628-3783. Thank you for your time and consideration.

              Very truly yours,

              A. COURTNEY COX
              United States Attorney

              STEVEN D. WEINHOEFT
              Assistant United States Attorney

cc: Mr. Grant Shostak

Memorandum To File

RE: Case # 1532923-MF

On April 11, 2006, I contacted Mike Hessler with the Illinois Department of Insurance at (217) 782-4395 concerning LT Consulting of DuQuoin, Illinois. Hessler advised his department had a number of problems with that company. Hessler said he thought that a business named M & H Millworks may have been the complainant regarding the LT Consulting issues.

Hessler said he thought that LT Consulting's insurance agent, "Bob Linzee", had provided false information to the Department. Hessler said Linzee had told him he did not broker LT Consulting's workers compensation policy but Hessler stated that Linzee did write the policy.

Hessler stated he would pull the Department's file on LT Consulting and call back to provide further information.

Additional information regarding the M & H Millwork complaint was received from other sources.

Hessler has since retired from the Illinois Department of Insurance.


J.V. O'Hanlon
Postal Inspector

4-11-10

Rc'vd T/C fr.
Mike Hessler: Il Dept of Ins.
217-782-4395

lots of problems w/ LT Consulting.
M&H Millworks may have been complainant.
agent lied to him also
said didn't write the policy
turned out he did
may have been Bob Linzee

he will pull file & C/B -

Rc'vd T/C fr. Linda Crowder: Staff Examiner.
Il Div. of Ins.
217-782-6351 (spfd)
she handled complaint.
license lapsed 6/05 - Employee Leasing registration
she forwarded complaint to Atty Gen. license
bec. license was N/A-

M&H Millworks - was only complaint on file
Need to send request for copy of complaint & Report -
217-558-2081 (fax)
M&B Systems & Enterprise also -
M&H Complaint - thought w/c policy was in LT's name -
but was in M&H name → saves LT $ - forged document.