**EXHIBIT "B"**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Illinois*

---

|  |  |
|---|---|
| Nine Executive Drive | (618) 628-3700 |
| Fairview Heights, Illinois  62208 | FAX (618) 628-3720 |
|  | TTY: (618) 628-3826 |

September 2, 2009

Mr. John D. Stobbs, II.
Stobbs Law Offices
307 Henry Street, Suite 211
Alton, Illinois  62002

          Re:    *United States v. Tara Morgan, 07-CR-30193-002-JPG-CJP*

Dear Mr. Stobbs:

      As you know, the government may call Elizabeth Akers (a/k/a Elizabeth Scroggins, a/k/a Elizabeth McCluskey) as a witness in the above-captioned trial. This letter is being sent consistent with the principles set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972) and their progeny.

      Enclosed, please find page 7582 of discovery. This "memorandum to file" was authored and tendered to the prosecution on today's date. Given that this item constitutes *Brady/Giglio* material, I wanted to ensure that this page of discovery isn't "hidden" inside a larger stack of documents.

      While I recognize that this material is discoverable, unlike p. 7581, I think that we can agree that this material is inadmissible and not properly the subject of examination at trial. Clearly, uncharged, unproven allegations of specific-act character evidence are simply inadmissible as a matter of law. If you intend to inquire on this matter, please advise the undersigned so that I may prepare an appropriate motion *in limine*.

      If you wish to discuss the case, please feel free to reach me at my direct line: (618) 628-3783. Thank you for your time and consideration.

                                        Very truly yours,

                                        A. COURTNEY COX
                                        United States Attorney

                                        STEVEN D. WEINHOEFT
                                        Assistant United States Attorney

cc: Mr. Grant Shostak

Memorandum To File

RE: Case # 1532923-MF

On May 7, 2007, I contacted Toni Michael of Eric Barnes Custom Builders in Tyler, Texas in an effort to locate Elizabeth Scroggins, the former accountant for LT Consulting. Michael advised that Scroggins was no longer employed by Eric Barnes Custom Builders. Barnes further advised she suspected that Scroggins had made fraudulent charges on one of their company credit cards and had forged the owners' name on checks from the company account.

On May 7, 2007, Michael faxed to me a copy of the suspected fraudulent charges and checks.


J.V. O'Hanlon
Postal Inspector